

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

August 27, 2025

The Honorable Jeannette A. Vargas
The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

**Re: United States v. Gonzales-Valdez, 25 Cr. 76 (MKV)**
**United States v. Palacios-Milano, 25 Cr. 392 (JAV)**

Your Honors:

The Government respectfully submits this letter in accordance with the Court's procedure regarding factually related cases that are pending before different judges—specifically, United States v. Gonzales-Valdez et al., 25 Cr. 76 (MKV) and United States v. Palacios-Milano, 25 Cr. 392 (JAV).

Earlier today, Keiswuel Orlando Palacios-Milano was charged by Indictment with Hobbs Act robbery conspiracy, attempted Hobbs Act robbery, Hobbs Act robbery, and related firearms offenses. These charges are based on the defendant's participation in a January 10, 2025 home invasion robbery in Yonkers (the "Yonkers Robbery") and a January 13 and 14, 2025 attempted robbery in the Bronx (the "Bronx Attempted Robbery").

At this time, the Government believes there is a reasonable likelihood that one or more of the indicted defendants in Gonzales-Valdez will be charged, by Superseding Indictment in that case, as coconspirators in the Yonkers Robbery and/or the Bronx Attempted Robbery. Further, the Government expects to prove at trial in Gonzales-Valdez that the Yonkers Robbery and the Bronx Attempted Robbery were undertaken as predicate acts of the charged Anti-Tren enterprise. Because Palacios-Milano's offense conduct is encompassed within the Anti-Tren racketeering enterprise charged in Gonzales-Valdez, and likely to be the subject of additional charges in

Gonzales-Valdez, the Government submits this letter so Your Honors can consider whether it would be advantageous for the cases to be handled by the same Judge.

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: ______________________________
Kathryn Wheelock / Jun Xiang / Timothy Ly / Andrew Chan
Assistant United States Attorneys
(212) 637-2415 / -2289 / -1062 / -1072

cc: All Counsel of Record