USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/2/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---x

UNITED STATES OF AMERICA

-against-

Luis Miguel Rodriguez Tapia

---x

**ORDER**

25cr76-13 (MKV)
Docket #

Mary Kay Vyskocil, **DISTRICT JUDGE:**
Judge's Name

The C.J.A. attorney assigned to this case Lance A Clarke (Attorney's Name) is hereby ordered substituted and the representation of the defendant in the above captioned matter is assigned to N. Keith White (Attorney's Name), NUNC-PRO-TUNC 8/31/2026.

**SO ORDERED.**

Mary Kay Vyskocil

**UNITED STATES DISTRICT JUDGE**

**Dated:** **September 2nd, 2026**
**New York, New York**